6 A.3d 498

Edgar RAMOS, Petitioner

v.

COURT OF COMMON PLEAS OF PENNSYLVANIA, Respondent.

No. 101 EM 2010.

Supreme Court of Pennsylvania.

Oct. 7, 2010.

## ORDER

PER CURIAM.

**AND NOW,** this 7th day of October, 2010, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**